**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ONITY MORTGAGE CORPORATION,**

*Plaintiff,*

*v.*

**ALEXIS M. CHRISTON, *et al.*,**

*Defendants.*

CAUSE NO. 3:26-CV-408-CWR-LGI

**ORDER**

On October 12, 2026, Defendant the United States of America through its Officer the Secretary of Housing and Urban Development moved for entry of a consent order to which Plaintiff Onity Mortgage Corporation agrees. *See* Docket No. 11. The Court's preliminary review raises jurisdictional questions which warrant supplemental briefing.

In the complaint, Plaintiff asserts that this Court has jurisdiction "under 28 U.S.C. § 1331 and [over] the claims [Plaintiff] makes [] against an agency and/or officer of the United States of America under 28 U.S.C. § 2410." Docket No. 1 at 1. The Court now requests simultaneous supplemental briefing from all parties on the following question:

> In light of United States Magistrate Judge Bill Davis's analysis, adopted in full by United States District Judge Amos L. Mazzant, in *AmeriHome Mortgage Co. v. Guin*, --- F. Supp. 3d ---, 2026 WL 2945617 (E.D. Tex. Sept. 30, 2026), does this Court have subject matter jurisdiction over any or all of Plaintiff's claims under either or both 28 U.S.C. § 1331 or 28 U.S.C. § 2410?

Each party should submit their supplemental brief, not to exceed ten substantive pages, on or before November 16, 2026. No response briefs will be considered.

**SO ORDERED**, this the 20th day of October, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE